**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael S. IOANE, Defendant— Appellant.**

**No. 02–10050.**

**D.C. No. CR–00–00147–DAE–04.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

MEMORANDUM **

Michael Ioane appeals his conviction, pursuant to a guilty plea, and sentence for

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

conspiracy to possess, and possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1).

Ioane's sole contention that 21 U.S.C. § 841 is facially unconstitutional is foreclosed by our recent decision in *United States v. Buckland,* 289 F.3d 558 (9th Cir.) (en banc), *cert. denied,* —— U.S. ——, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the